IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO T. DIBARTOLO and STEVEN CASTILLO, | : : : | CIVIL ACTION |
| v. | : : | |
| LANCE BACHMAN, et al. | : | NO. 02-3813 |

**ORDER**

AND NOW, this ___ day of October 2002, it is hereby ORDERED that plaintiff shall have thirty (30) days from the date of this Order to show cause why this matter should not be dismissed for want of prosecution with regard to Defendants LANCE BACHMAN, ADAM BACHMAN, and WADE, INC.

BY THE COURT:

_____
JAMES T. GILES        C.J.

copies by FAX on
to