```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELO T. DIBARTOLO and         :
STEVEN CASTILLO,                :     CIVIL ACTION
                                :
        v.                      :
                                :
LANCE BACHMAN, et al.           :     NO. 02-3813
```

**ORDER**

AND NOW, this ___ day of October 2002, it is hereby ORDERED that plaintiff shall have thirty (30) days from the date of this Order to show cause why this matter should not be dismissed for want of prosecution with regard to Defendant JENNIFER GALLAGHER.

                                        BY THE COURT:


                                        _____
                                        JAMES T. GILES        C.J.

copies by FAX on
to