```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELO T. DIBARTOLO and      :     CIVIL ACTION
STEVEN CASTILLO,             :
                             :
        v.                   :
                             :
LANCE BACHMAN, et al.        :     NO. 02-3813
```

### ORDER

AND NOW, this ___ day of November, 2002, it is hereby ORDERED that a pre-trial conference in the above-captioned matter shall be held on <u>December 17, 2002</u>, at <u>3:00 p.m.</u>, in <u>Room #17614</u>, United States Courthouse.

BY THE COURT:

_____
JAMES T. GILES        C.J.

copies by FAX on
to