```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ANGELO T. DIBARTOLO and<br>STEVEN CASTILLO, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LANCE BACHMAN, et al. | : | NO. 02-3813 |

### ORDER

AND NOW, this ___ day of December, 2002, it is hereby ORDERED that:

    1. Parties shall schedule a settlement conference to be held no later than February 1, 2003.

    2. Discovery shall be completed by March 28, 2003.

    3. Any dispositive motion shall be filed not later than April 4, 2003.

    4. Any response to a dispositive motion shall be filed not later than April 18, 2003.

    5. Any reply brief shall be filed not later than April 25, 2003.

    6. On or before May 16, 2003, plaintiff shall file a pretrial memorandum, as well as proposed points for charge (each charge on a separate page), and memorandum of law on disputed or unusual legal issues.

    7. On or before May 23, 2003, defendants shall file a pretrial memorandum, as well as proposed points for charge (each charge on a separate page), and memorandum of law on disputed or unusual legal issues.

      8.   A final pretrial conference shall be held on <u>May 29, 2003</u>, at <u>3:00 p.m.</u>, in Room 17614.

      9.   Trial in the above-captioned matter shall commence on <u>June 2, 2003</u>, at <u>9:30 a.m.</u>, in Courtroom 17A.

                                            BY THE COURT:

                                            _____

                                            JAMES T. GILES       C.J.

copies by FAX on

to