IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Angelo DiBartolo, et al | : | CIVIL ACTION |
| Plaintiffs, | : | NO: 02-CV-03813 |
| | : | |
| v. | : | |
| | : | |
| Lance Bachman, et al | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

      Kindly enter my appearance on behalf of Jennifer Gallagher in the above-captioned matter.

      _____
Timothy L. Strange, Esquire
MONTEVERDE, McALEE & HURD, P.C.
One Penn Center at Suburban Station
1617 J.F.K. Blvd., Suite 1500
Philadelphia, PA  19103-1815
215-557-2900

Attorney for Defendant Jennifer Gallagher

Dated:  January 17, 2003

F:\Wp\Docs\10,117-001\entry of appearance.wpd