```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ANGELO T. DIBARTOLO and          :
STEVEN CASTILLO,                 :     CIVIL ACTION
                                 :
        v.                       :
                                 :
LANCE BACHMAN, et al.            :     NO. 02-3813

## ORDER

AND NOW, this ___ day of April, 2003, upon consideration of plaintiffs' Motion to Re-Open Discovery End Date, Relax Pre-Trial Conference and Trial Dates, it is hereby ORDERED that:

1) The court's scheduling order of December 19, 2002 is VACATED;

2) A pre-trial conference in the above-captioned matter shall be held on June 2, 2003 at 4:00 p.m. in Room #17614, United States Courthouse.

BY THE COURT:

_____
JAMES T. GILES           C.J.

copies by FAX on
to