```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ANGELO T. DIBARTOLO and        :    CIVIL ACTION
STEVEN CASTILLO,               :
                               :
        v.                     :
                               :
LANCE BACHMAN, et al.          :    NO. 02-3813

**ORDER**

AND NOW, this ___ day of June, 2003, it is hereby ORDERED that:

1. Discovery shall be completed by September 1, 2003;

2. On or before September 15, 2003, plaintiff shall file a pretrial memorandum, as well as proposed points for charge (each charge on a separate page), and memorandum of law on disputed or unusual legal issues;

3. On or before September 29, 2003, defendants shall file a pretrial memorandum, as well as proposed points for charge (each charge on a separate page), and memorandum of law on disputed or unusual legal issues;

4. A final pretrial conference shall be held on December 10, 2003, at 4:00 p.m., in Room 17614;

5. Trial in the above-captioned matter shall commence on January 5, 2004, at 9:30 a.m., in Courtroom 17A.

BY THE COURT:

_____

JAMES T. GILES     C.J.

copies by FAX on

to