| | |
|---|---|
| SWARTZ, CAMPBELL & DETWEILER<br>By: James C. Haggerty; James D. Cella<br>Identification Nos.: 30003; 64907<br>1601 Market Street, 34th Floor<br>Philadelphia, PA  19103<br>(215) 564-5190 | Attorneys for Defendants,<br>Adam Bachman |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
ANGELO DIBARTOLO, et al.        :
                                :
         Plaintiffs,            :
                                :
     v.                         :
                                :     CIVIL ACTION
                                :     NO. 02-CV-3813
                                :
ADAM BACHMAN, et al.            :
                                :
         Defendants.            :

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter our appearance on behalf of Defendant, Adam Bachman, in the above referenced matter.

                  SWARTZ CAMPBELL LLC

                  By: _____
                      James C. Haggerty, Esquire
                      James D. Cella, Esquire
                      Attorneys for Defendant Adam Bachman