```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELO T. DIBARTOLO and      :    CIVIL ACTION
STEVEN CASTILLO,             :
                             :
     v.                      :
                             :
LANCE BACHMAN, et al.        :    NO. 02-3813
```

**JUDGMENT ORDER**

AND NOW, this      day of October, 2003, upon consideration of defendant Jennifer Gallagher's Motion for Summary Judgment, and all related documents, it is hereby ORDERED as follows:

   i.  Defendant Gallagher's Motion is GRANTED;

   ii. JUDGMENT is entered in favor of defendant Gallagher and against plaintiff.


                                   BY THE COURT:


                                   _____
                                   James T. Giles, C.J.