```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELO T. DIBARTOLO and      :    CIVIL ACTION
STEVEN CASTILLO,             :
                             :
        v.                   :
                             :
LANCE BACHMAN, et al.        :    NO. 02-3813
```

**ORDER**

AND NOW, this ___ day of December, 2003, it is hereby ORDERED that the final pre-trial conference in the above-captioned matter shall RESCHEDULED for <u>December 19, 2003</u>, at <u>12:30 p.m.</u>, in <u>Room #17614</u>, United States Courthouse.

                              BY THE COURT:


                              _____
                              JAMES T. GILES        C.J.

copies by FAX on
to