IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO T. DIBARTOLO and STEVEN CASTILLO, | : | CIVIL ACTION |
| v. | : | |
| LANCE BACHMAN, et al. | : | NO. 02-3813 |

**ORDER**

AND NOW, this ___ day of December, 2003, it is hereby ORDERED that upon the representations made to this court by counsel, it is hereby ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS, AS TO DEFENDANT ADAM BACHMAN, pursuant to Local Rule 41.1(b).

BY THE COURT:

_____
JAMES T. GILES        C.J.

copies by FAX on
to