IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO DIBARTOLO, <u>et</u> <u>al.</u> | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LANCE BACHMAN, <u>et</u> <u>al.</u> | : | NO. 02-3813 |

**<u>ORDER</u>**

AND NOW, this ___ day of January, 2004, upon the representations made to this court by counsel, it is hereby ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS, AS TO DEFENDANT LANCE BACHMAN, pursuant to Local Rule 41.1(b).

BY THE COURT:

_____
JAMES T. GILES        C.J.

copies by FAX on
to