```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ANGELO DIBARTOLO, et al.      :    CIVIL ACTION
                              :
      v.                      :
                              :
LANCE BACHMAN, et al.         :    NO. 02-3813

**ORDER**

AND NOW, this ___ day of January, 2004, upon the representations made to this court by petitioner, it is hereby ORDERED as follows:

1. The above-captioned action is DISMISSED WITHOUT PREJUDICE, pursuant to Local Rule 41(a)(1).

2. Any pending motions are DENIED AS MOOT.

BY THE COURT:

_____
JAMES T. GILES        C.J.

copies by FAX on
to